# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| DUKE ENERGY CAROLINAS LLC<br><br>　　Plaintiff and Counter-Defendant,<br><br>v.<br><br>NTE CAROLINAS II LLC, NTE CAROLINAS II HOLDINGS LLC and NTE ENERGY LLC,<br><br>　　Defendants and Counter-Plaintiffs. | Civil Action No. 3:19-cv-515-MOC-DSC<br><br>**ORDER** |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [of Douglas G. Green]" (document #21) filed on February 7, 2020. It appearing that Douglas G. Green is a member in good standing of the District of Columbia Bar and will be appearing with Jason D. Evans, a member in good standing of the Bar of this Court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the Court enters the following Order.

## ORDER

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**, and that Douglas G. Green is **ADMITTED** to practice *pro hac vice* before this Court while associated with Jason D. Evans.

**SO ORDERED**.

Signed: February 10, 2020

_____
David S. Cayer
United States Magistrate Judge