IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00515-MOC-DSC

| | | |
|---|---|---|
| DUKE ENERGY CAROLINAS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| NTE CAROLINAS II LLC et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Ian Robertson and Daniel Schwartz]" (documents ##59-60) filed April 20, 2021. For the reasons set forth therein, the Motions will be <u>granted.</u>

The Clerk is directed to send copies of this Order to counsel for the parties <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: April 20, 2021

David S. Cayer
United States Magistrate Judge