**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00515-MOC-DSC**

| | | |
|---|---|---|
| **DUKE ENERGY CAROLINAS LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **NTE CAROINAS II LLC et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Suedeen G. Kelly]" (document #64) filed June 11, 2021. For the reasons set forth therein, the Motion will be <u>granted</u>

The Clerk is directed to send copies of this Order to counsel for the parties <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: June 11, 2021

_David S. Cayer_
David S. Cayer
United States Magistrate Judge