IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00515-MOC-DSC

| | |
|---|---|
| DUKE ENERGY CAROLINAS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| NTE CAROLINAS II LLC et. al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Daniel F. Aldrich, Karen Bruni, Shaun M. Boedicker and Wesley J. Heath]" (documents ##72-75) filed August 24, 2021. For the reasons set forth therein, the Motions will be granted

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: August 24, 2021

David S. Cayer
United States Magistrate Judge