IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DUKE ENERGY CAROLINAS, LLC,<br><br>   Plaintiff/Counter-Defendant<br><br>vs.<br><br>NTE CAROLINAS II, LLC, NTE CAROLINAS II HOLDINGS, LLC, NTE ENERGY LLC, NTE SOUTHEAST ELECTRIC COMPANY, LLC, NTE ENERGY SERVICES COMPANY, LLC, and CASTILLO INVESTMENT HOLDINGS II, LLC<br><br>   Defendants/Counterclaimants/<br>   Plaintiffs<br><br>vs.<br><br>DUKE ENERGY PROGRESS, LLC, AND DUKE ENERGY CORPORATION<br><br>   Defendants. | Civil Action No. 3:19-cv-515<br><br>**MOTION TO STRIKE DUKE'S SUMMARY JUDGMENT FILING OR FOR ALTERNATE RELIEF AND FOR EXPEDITED REVIEW** |

NTE Carolinas II, LLC, NTE Carolinas II Holdings, LLC, NTE Energy, LLC, NTE Southeast Electric Company, LLC, NTE Energy Services Co., and Castillo Investment Holdings II, LLC (collectively, "NTE"), by and through their undersigned attorneys, hereby move this Court for entry of an order striking Duke's summary judgment filing (ECF #191–194) and requiring Duke to file a conforming brief on the grounds Duke's filing does not comply with Local Civil Rule 7.1 and violates the letter and spirit of the Court's order limiting summary judgment briefs to 35 pages. In the alternative, NTE respectfully requests that the Court permit NTE to file a brief of equivalent length—13,563 words—in opposition to Duke's motion.

## REQUEST FOR EXPEDITED REVIEW

NTE respectfully requests expedited review and resolution of this matter so that NTE has sufficient time to prepare its opposition to Duke's motion.

## CONSULTATION WITH COUNSEL FOR DUKE

Pursuant to Local Civil Rule 7.1(b), undersigned counsel certify that they conferred with counsel for Duke to resolve this issue without seeking the Court's assistance. Duke, however, rejected NTE's request that it file a corrected memorandum that complies with the Local Rules and this Court's order and emailed a letter setting forth its position to the Court.

Respectfully submitted, this the 7th day of April, 2022.

                                                  *s/ Marguerite S. Willis*

Marguerite S. Willis, NC Bar No. 8045
*mwillis@nexsenpruet.com*
Kirsten E. Small, NC Bar No. 37057
*ksmall@nexsenpruet.com*
Nexsen Pruet, PLLC
227 West Trade Street, Suite 1550
Charlotte, NC 28202
(704) 339-0304

John F. Baughman, pro hac vice
*jbaughman@jfblegal.com*
Ian D. Robertson, pro hac vice
*irobertson@jfblegal.com*
JFB Legal PLLC
500 East Main Street, Suite 1400
Norfolk, VA 23510
(347) 241-6347

Livia Fine, pro hac vice
*lfine@jfblegal.com*
Daniel A. Schwartz, pro hac vice
*dschwartz@jfblegal.com*
The Law Offices of John F. Baughman
299 Broadway, Suite 1816
New York, NY 10007
(212) 548-3212

Suedeen G. Kelly, pro hac vice
*skelly@jenner.com*
Douglas E. Litvack, pro hac vice
*dlitvack@jenner.com*
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington DC 20001-4412
(202) 639-6000

Christopher G. Renner, pro hac vice
*crenner@jenner.com*
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350

*Attorneys for NTE*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 7, 2022, NTE filed the foregoing Motion to Strike Duke's Summary Judgment Filing or for Alternate Relief and for Expedited Review via CM/ECF, which will serve all counsel of record.

*/s Marguerite S. Willis*
Marguerite S. Willis, NC Bar No. 8045
mwillis@nexsenpruet.com
Nexsen Pruet, PLLC
227 West Trade Street, Suite 1550
Charlotte, NC 28202
(704) 339-0304