# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00515-KDB-DSC

| | | |
|---|---|---|
| DUKE ENERGY CAROLINAS LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| NTE CAROLINAS II LLC, | ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Shari Ross Lahlou, Steven Bizar and Amisha R. Patel]" (documents ##207-09) filed April 25, 2022. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: April 25, 2022

David S. Cayer
United States Magistrate Judge