IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00515-KDB-DSC

| | |
|---|---|
| DUKE ENERGY CAROLINAS, LLC, <br><br> **Plaintiffs,** <br><br> v. <br><br> NTE CAROLINAS II, LLC, ET AL., <br><br> **Defendants.** | **ORDER** |

On August 31, 2022, Defendants' counsel, several lawyers from the Nexsen Pruet, PLLC firm, moved to withdraw as counsel from their representation. Doc. No. 247. As noted in Plaintiff's response to the motion, Doc. No. 248, granting the motion will leave the Defendants with no attorneys of record, and, as limited liability companies, they are unable to appear in this Court *pro se*. Therefore, if the Court grants the pending motion, Defendants will need to make arrangements for substitute counsel, which may impact preparations for the upcoming trial now scheduled for October 11, 2022. To better understand Defendants' position on the motion and intentions with respect to continuing to defend this action and the hiring of substitute counsel, the Court directs the parties' counsel **and a representative from Defendants** to appear at a telephone conference at 10 a.m. on September 8, 2022. Details on the logistics of the conference (call-in number, etc.) will be communicated separately to counsel and Defendants.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: September 2, 2022

Kenneth D. Bell
United States District Judge