IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00515-KDB-DSC

| | |
|---|---|
| DUKE ENERGY CAROLINAS, LLC, <br><br> **Plaintiff,** <br><br> v. <br><br> NTE CAROLINAS II, LLC; CASTILLO INVESTMENT HOLDINGS II, LLC; NTE ENERGY SERVICES COMPANY LLC; NTE ENERGY, LLC; NTE CAROLINAS II HOLDINGS, LLC; NTE SOUTHEAST ELECTRIC COMPANY, LLC, <br><br> **Defendants.** | **ORDER** |

**THIS MATTER** is before the Court on Defendants' Motions for the Limited Admission of Derek T. Ho and to withdraw as counsel. (Doc. Nos. 247, 251). Having carefully considered the motions, the Court will **GRANT** the motions.

**SO ORDERED**

Signed: November 9,

Kenneth D. Bell
United States District Judge

1